IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) CR 4-29-02 |
| KAUSHAUNA SOMERVILLE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 14th day of Aug, 2007, upon

Granting the Petition for Revocation of Probation;

IT IS HEREBY ORDERED that the sentence imposed on January 24, 2005 in the above captioned cases shall be amended to reflect a **total term of imprisonment of 3 months with credit for time served . After release from imprisonment, the defendant shall serve the remainder of her probation and follow all rules and conditions. The defendant must pay the special assessment of $100.00.**

In all other respects, the sentence stands as originally imposed.

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record
US Marshal
US Probation
Bureau of Prison